UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN HERMOSILLO-ENRIQUEZ, | ) ) | No. CV 08-1321 JSL (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  May 4, 2009

_____
J. SPENCER LETTS
United States District Judge